1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NIKKI GIAVASIS, individually and on behalf of all other similarly situated, | ) Case No. 2:20-CV-00029-DSF-PLA<br>)<br>) |
| Plaintiff, | ) |
| v. | ) **ORDER TO DISMISS WITH** |
| MOUNTAIN RUN SOLUTIONS, LLC, D/B/A PERFECTION COLLECTION, and DOES 1 through 10, inclusive, and each of them, | ) **PREJUDICE AS TO PLAINTIFF**<br>) **AND WITHOUT PREJUDICE AS**<br>) **TO CLASS CLAIMS [17]**<br>)<br>)<br>) |
| Defendant. | )<br>) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated:  July 27, 2020

_____
Dale S. Fischer
United States District Judge

Order to Dismiss